IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 3:13-cr-30249-MJR |
| vs. | ) |
| | ) |
| KENNETH LOVING, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

1. The Illinois Department of Employment Security (hereinafter "IDES") operated the State of Illinois unemployment insurance (hereinafter "UI") program, which was an employer-funded program providing temporary income replacement for individual workers who lost their jobs through no fault of their own.

2. The administrative costs incurred by IDES were funded primarily by the federal government. The unemployment insurance benefits paid by IDES were funded primarily by contributions from employers and, during times of high unemployment, by the United States Treasury.

3. Illinois law required that IDES pay UI payments in accordance with regulations prescribed by IDES.

4. Defendant was employed by Midwest Service Group Inc. from on or about November 2009 through March 2010; from on or about June 2010 through January 2011 while collecting UI.

5. The money Defendant knowingly and willfully stole, purloined and converted

belonged to the United States of America and was administered by the Illinois Department of Employment Security. Defendant intended to deprive the United States of the use or benefit of the money.

6. Defendant was not entitled to receive the $25,575.00 in UI payments described above.

STEPHEN R. WIGGINTON
United States Attorney

_____
KENNETH LOVING
Defendant

_____
Michael Hallock for
THERESA M. DAWSON
Special Assistant United States Attorney

_____
PHILLIP J. KAVANAUGH, III
Attorney for Defendant

Date: 03-06-14

Date: 7/8/14

2